```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION
```

CLAYTON DEAN MORRISON                                        PLAINTIFF

    V.                    Civil No. 14-6061

SERGEANT AMY MARTIN and
JESSICA RASH                                                DEFENDANTS

## O R D E R

On this 18th day of February 2015, there comes on for consideration the report and recommendation filed in this case on January 20, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. (Doc. 13). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint (doc. 1) is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge